UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ASATA D. LOWE,

        Petitioner,

v.                                 No.:   3:12-cv-402
                                         Judge Phillips

TONY HOWERTON, Warden,
and STATE OF TENNESSEE,

        Respondents.

## JUDGMENT ORDER

      In accordance with the accompanying Memorandum, the petition for the writ of
habeas corpus is **DENIED** as a second or successive petition and this action is **DISMISSED
WITH PREJUDICE**. All pending motions are **DENIED** as **MOOT**. Should the petitioner
give timely notice of an appeal from this decision, such notice will be treated as an
application for a certificate of appealability, which under the circumstances is hereby
**DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in
good faith and would be totally frivolous. The Court thus **DENIES** the petitioner leave to
proceed *in forma pauperis* on appeal.

      **ENTER:**

                                            s/ Thomas W. Phillips
                                    United States District Judge

ENTERED AS A JUDGMENT
    *s/ Debra C. Poplin*
    CLERK OF COURT